IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: STEVEN A. & TINA M. LARSON | ) | |
| | ) | |
| | ) | |
| BAC HOME LOANS SERVICING, L.P., | ) | |
| Creditor, | ) | |
| | ) | |
| vs. | ) | CASE NO. 08B71837 |
| | ) | JUDGE MANUEL BARBOSA |
| STEVEN A. & TINA M. LARSON, | ) | |
| Debtor | ) | |
| | ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the June 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of June 2, 2010.

    a. Attorney's Fees = $250.00

    b. Payments  6/10 – 7/10   2 @ $678.66 = $1,357.32

    c. NSF = $20.00

    d. Suspense = ($419.21)

    **Total** = $1,208.11

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, BAC Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
BAC Home Loans Servicing, L.P.

/s/Lydia Y. Siu
Lydia Y. Siu/ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088